IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11CR000138-001BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CONSENT ORDER |
| | ) |
| DANIEL P. OSTBY, | ) |
| | ) |
| Defendant. | ) |

The United States of America ("United States"), by and through the United States Attorney's Office for the Eastern District of North Carolina, and the Defendant, Daniel P. Ostby, with the concurrence of the Defendant's Attorney, Dennis H. Sullivan, consent to the following:

1. That the United States and Defendant, through counsel, entered into a Memorandum of Plea Agreement and the same was entered by the Court on December 7, 2011.

2. That the parties acknowledge and agree that based on the Memorandum of Plea Agreement, the restitution owed in the case will be in excess of $1,200,000.00.

3. That the Defendant acknowledges that he and his wife currently has an outstanding claim pending with Nationwide Insurance Company in the total amount of $8,127.57. Defendant further agrees to allow Nationwide Insurance Company to pay one-

half of the outstanding claim ($4,063.79) to Defendant's counsel, to be held in trust pending the entry of a judgment against the Defendant.

4. That Defendant consents and Defendant's counsel acknowledges that counsel for Defendant shall upon entry of the judgment by the Court, pay said $4,063.79 to the Court to be applied to the judgment amount ordered.

SO ORDERED, this 25 day of September, 2012.

_____
United States District Judge

CONSENTED TO:

_____
Felice McConnell Corpening
Assistant United States Attorney

_____
Dennis H. Sullivan
Attorney for Defendant

_____
Daniel P. Ostby
Defendant