UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-138BO

UNITED STATES OF AMERICA **ORDER**

V.

DANIEL S. OSTBY

---

For good cause shown, counsel, Dennis H. Sullivan, Jr., is hereby allowed to withdraw as counsel for the defendant above, and Federal Public Defender's Office is hereby ordered to appoint new counsel for Daniel S. Ostby.

SO ORDERED. 9/27/2012.

*[signature]*
Honorable Terrence W. Boyle