IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CR-138-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | AMENDED O R D E R |
| | ) | |
| DANIEL S. OTSBY | ) | |

For good cause shown, the motion to withdraw as attorney [DE 50] is GRANTED and counsel, Dennis H. Sullivan, Jr., is hereby ALLOWED to withdraw as counsel for defendant.

SO ORDERED, this 1 day of October, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE